NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**REGENERON PHARMACEUTICALS, INC.,**
*Appellant*

**v.**

**MYLAN PHARMACEUTICALS INC., CELLTRION, INC., APOTEX INC.,**
*Appellees*

---

2023-1395, 2023-1396

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2021-00880, IPR2021-00881, IPR2022-00257, IPR2022-00258, IPR2022-00298, IPR2022-00301.

---

### O R D E R

The parties, having so agreed,

IT IS ORDERED THAT:

The above-captioned appeals are dismissed under Fed. R. App. P. 42(b) with each side to bear their own costs.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

July 9, 2024
Date

**ISSUED AS A MANDATE:** July 9, 2024